IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 4:15-cr-00070-BHH |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER FOR DISCLOSURE OF** |
| | ) | **GRAND JURY MATERIALS** |
| | ) | |
| | ) | |
| **MARCUS HEMINGWAY, ET AL.** | ) | |
| | ) | |

Having reviewed the Government's Motion to Disclose Certain Grand Jury Materials, the Court finds that the Government has shown that a particularized need exists for the disclosure of certain grand jury materials in this case.  With respect to any grand jury material released by the Government in discovery, it is ORDERED that:

(1)  the United States is authorized to disclose to the defendants and defense counsel the grand jury testimony of potential witnesses and also to make disclosure of other information obtained by or on behalf of the grand jury;

(2)  the United States is authorized to disclose to potential government trial witnesses transcripts of those witnesses' own testimony before the grand jury ; provided, however, that Government counsel may not release copies of such transcripts or other grand jury information into the custody of such witnesses or their counsel;

(3)  these materials shall be governed by the Protective Order that the Court has previously entered; and

(4) within 30 days of the disposition of all of the charges contained in the indictment(s) in this case, defense counsel shall return all discovery to the United States, including grand jury materials.

Finally, this Order and the Motion to which it responds are to remain sealed until further order of the Court.

s/ Bruce H. Hendricks<br>
BRUCE H. HENDRICKS<br>
UNITED STATES DISTRICT JUDGE

June 5, 2015.